CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 18 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| 77 CONSTRUCTION COMPANY, | ) | |
| | ) | Civil Action No.: 7:13-cv-340 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | James C. Turk |
| UXB INTERNATIONAL, INC., | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons set forth in the accompanying Memorandum Opinion, UXB International, Inc.'s Motion to Quash, ECF No. 28, is hereby **DENIED**. Plaintiff's request for fees incurred in responding to the motion, see ECF No. 35 at 4, is also **DENIED.**

The Clerk is directed to provide a copy of this Order and the accompanying Memorandum Opinion to all counsel of record and to: "DCAA General Counsel's Office Attn: David Hoffman, 8725 John J. Kingman Rd., Suite 2135, Ft. Belvoir, VA 22060-6219."

ENTER: This 18th day of November, 2013.

/s/ James C. Turk
James C. Turk
Senior United States District Judge